GS2LAW

**MEMORANDUM ENDORSED**

John R. Lane, Esq.
164 West 25 Street
11th Floor
New York, NY, 10001
Tel +1 212.380.3623 x5
Email: jrl@gs2law.com

August 17, 2023

**_VIA ECF_**
Honorable Gregory H. Woods,
U.S. District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 18, 2023
```

Re:     _Ai Coin Inc. et al. v. B2C2 USA Inc. et al._, **Civil Action No. 23-cv-5082-GHW**

Dear Judge Woods:

We represent Plaintiffs in the above-referenced action.  This letter is being submitted with reference to the Court's Notice of Initial Pretrial Conference ("IPTC Notice"-ECF # 4) filed on June 20, 2023; to comply with the Court's requirement therein for providing a status letter to the Court on or before August 17, 2023 regarding the current posture of the case.  For the reasons given below, this letter also serves as a request to adjourn the initial pretrial conference ("IPTC") in this case, originally set for August 24, 2023 until a date after the Defendants make an appearance and/or file a responsive pleading to the Complaint filed in this action.

Plaintiffs have just recently completed service of the Complaint on both named Defendants in this action.  See, ECF #'s 11 and 12.  As a result, Defendants' responsive pleadings are due to be filed on or before September 6 and 7, 2023, respectively.  _Id._  Further, neither of the Defendants have yet appeared through counsel in this case and as a result, the parties to date have not yet had an opportunity to meet and confer regarding the various matters that need to be addressed pursuant to the Court's IPTC Notice.

Consequently, in view of the current posture of the case, Plaintiffs respectfully request an adjournment of the currently scheduled IPTC and related IPTC filings previously set per the Court's IPTC Notice (ECF #4), until appropriate dates following the Defendants' September 6 & 7, 2023 due dates for responding to the complaint.  Plaintiffs propose that the IPTC be reset for no earlier than October 5, 2023, or for a later alternative date that is available to the Court.  There have been no prior extension requests relating to the IPTC and IPTC filings.

Plaintiffs appreciate the Court's time and consideration of the current request.

Respectfully submitted,

*s/John R. Lane*

John R. Lane

GARSON, SEGAL, STEINMETZ, FLADGATE LLP

*Attorneys for Plaintiffs*

Plaintiff's August 17, 2023 request to adjourn the initial pretrial conference, Dkt. No. 13, is granted.  The initial pretrial conference scheduled for August 24, 2023, is adjourned to October 19, 2023, at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 20, 2023 order are due no later than October 12, 2023.

SO ORDERED.
Dated:  August 18, 2023
New York, New York

GREGORY H. WOODS
United States District Judge